# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNY RAY HARDAWAY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. PFEIFFER, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:07-cv-1425-AWI DLB PC<br><br>ORDER FINDING PLAINTIFF INELIGIBLE TO PROCEED IN FORMA PAUPERIS IN THIS ACTION, AND REQUIRING PLAINTIFF TO PAY $350.00 FILING FEE IN FULL WITHIN THIRTY DAYS OR THIS ACTION WILL BE DISMISSED |

　　　　Plaintiff Sonny Ray Hardaway ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on September 28, 2007. Plaintiff did not pay the filing fee and has not filed an application to proceed in forma pauperis.

　　　　28 U.S.C. § 1915 governs proceedings in forma pauperis. Section 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." A review of the actions filed by plaintiff reveals that plaintiff is subject to 28 U.S.C. § 1915(g) and is precluded from proceeding in forma pauperis unless plaintiff is, at the time the complaint is filed, under imminent danger of serious physical injury.[1]

---

[1] The Court takes judicial notice of case numbers 2:01-cv-00458-FCD-DAD PC Hardaway v. Money (E.D. Cal.) (dismissed 07/12/06 for failure to state a claim); 2:01-cv-00958-GEB-DAD PC Hardaway v. Wright (E.D. Cal.) (dismissed 07/22/06 for failure to state a claim); 2:01-cv-00695-MCE-PAN PC Hardaway v. State of California (E.D. Cal.) (dismissed 08/09/06 for failure to state a claim); 5:06-cv-02983-JF Hardaway v. Twelve Jurors (N.D.

1 The Court has reviewed plaintiff's complaint and finds that plaintiff has alleged no facts that support a finding that he is, at this time, under imminent danger of serious physical injury. Accordingly, plaintiff may not proceed in forma pauperis in this action, and must submit the appropriate filing fee in order to proceed with this action.

Based on the foregoing, it is HEREBY ORDERED that:

1. Pursuant to 28 U.S.C. § 1915(g), plaintiff is ineligible to proceed in forma pauperis in this action;

2. Plaintiff shall pay the $350.00 filing fee in full within **thirty (30) days** from the date of service of this order; and

3. If plaintiff fails to pay the $350.00 filing fee in full within thirty days, this action shall be dismissed, without prejudice.

IT IS SO ORDERED.

**Dated:   October 16, 2007**          /s/ Anthony W. Ishii
                                       UNITED STATES DISTRICT JUDGE

---

Cal.) (dismissed 08/31/06 for failure to state a claim); 5:06-cv-03637-JF Hardaway v. Barni, et al. (N.D. Cal.) (dismissed 12/11/06 for failure to state a claim); 5:06-cv-06786-JF Hardaway v. Specter (N.D. Cal.) (dismissed 12/11/06 for failure to state a claim); and 5:06-cv-06578-JF Hardaway v. Lambden, et al. (N.D. Cal.) (dismissed 01/12/07 for failure to state a claim).